IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| The Estate of NAOMI KILLSNIGHT-HIWALKER; the Estate of Ko.K. (a minor); the Estate of TERRY HIWALKER; Kl.H. (a minor); MARVIN KILLSNIGHT; LARETHA PINE-KILLSNIGHT; the Estate of MORNINGSTAR "MJ" KILLSNIGHT; MAX HIWALKER; LAVANDA HIWALKER; Kr.H. (a minor); SHANDA LAFRANIER; VICTOR COSTA, SR.; REBECCA AMERICAN HORSE; AMBER COSTA; the Estate of NICHOLE COSTA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, acting by and through the Bureau of Indian Affairs,<br><br>　　　　Defendant. | Case No. 4:22-cv-00018-BMM<br><br>**ORDER GRANTING JOINT MOTION TO CLARIFY AND SET BRIEFING AND MOTION DEADLINES** |
| UNITED STATES OF AMERICA,<br><br>　　　　Counter-Claimant,<br><br>　v.<br><br>The Estate of NAOMI KILLSNIGHT-HIWALKER; the Estate of NICHOLE COSTA,<br><br>　　　　Counter-Defendant. | |
| UNITED STATES OF AMERICA,<br><br>　　　　Third-Party Claimant, | |

|  |  |
|---|---|
| v.<br><br>MIRACLE LOCKWOOD,<br><br>    Third-Party Defendant. |  |

Plaintiffs and Defendant United States have filed a joint motion to clarify and set briefing and motion deadlines. With good cause shown, the motion is GRANTED. **Motions in Limine will be fully briefed by February 14, 2025.** IT IS FURTHER ORDERED, the deadlines associated with the pending cross-motions for summary judgment are extended. **The United States' response / reply deadline is reset for October 18, 2024. The deadline for Plaintiffs' reply is reset for November 1, 2024.** The summary judgment hearing currently set for October 21, 2024, is VACATED and reset for **November 13, 2024 at 1:30 p.m.** before the undersigned.

DATED this 7th day of October, 2024.

_____
Brian Morris, Chief District Judge
United States District Courts